MICHAEL BAILEY
United States Attorney
District of Arizona
LORI L. PRICE
Assistant U.S. Attorney
Arizona State Bar No. 025698
Financial Litigation Unit
405 W. Congress Street, #4900
Tucson, Arizona  85701-5041
Telephone:  (520)620-7300
Michael.ambri@usdoj.gov
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Miguel Angel Contreras,<br><br>            Defendant. | **COMPLAINT**<br><br>**(DEBT OWED TO THE UNITED STATES)** |

Plaintiff, United States of America, alleges:

**A.    Jurisdiction**

1.    Because the United States is a party, the District Court has jurisdiction pursuant to 28 U.S.C. § 1345.

**B.    Venue**

2.    Venue properly lies in this District Court pursuant to 28 U.S.C. § 1391(b)(1) because the Defendant Miguel Angel Contreras is a resident of Maricopa County, Arizona.

3.    Additionally, the event giving rise to the claim occurred in the District of Arizona as the Defendant was fined for failing to declare a controlled substance that he was bringing into the District of Arizona from Mexico. 28 U.S.C. § 1391(b)(2).

//

//

**C.     Factual Background**

4.    On March 20, 2015, as the Defendant was entering the United States from Mexico through the DeConcini Port of Entry in Nogales, Arizona, officers from the United States Customs and Border Protection ("CBP") discovered the Defendant possessed undeclared controlled substances.

5.    A person who fails to declare a controlled substance at customs inspection shall be liable for a penalty as administratively determined by the United States. 19 U.S.C. § 1497.

6.    On March 21, 2015, pursuant to 19 U.S.C. § 1497, CBP assessed a civil penalty of $72,225.00 against the Defendant for failing to declare the marijuana he possessed.

7.    Additional packages of marijuana were discovered in a reinspection of the Defendant's vehicle on March 21, 2015. After that discovery on November 13, 2015, CBP amended the civil penalty notice to include penalty for the additional packages.  The penalty was reassessed at $115,875.00.

8.    On January 13, 2016, the United States, through CBP, sent a letter via certified mail to the Defendant. The letter again notified the Defendant of the $115,875.00 penalty and it also informed him of his right to object to the penalty and request mitigation of the penalty by submitting a petition within 60 days from the date of the notice. No petition for mitigation was filed by the Defendant within the deadline or thereafter.

9.    The United States, through CBP, issued three Notices of Debt and demands for payment to Defendant. The notice and demands were dated February 13, 2016, February 27, 2016, and March 12, 2016.

10.   On or about July 17, 2017 and October 2, 2018, the United States made final demands for the amount of $115,875.00.

11.   To date, no payments have been made on this debt, and a balance remains due and owing to the Plaintiff of $115,875.00.

### D.     Cause of Action

12.    To date, the debt of $115,875.00 remains unpaid despite demand for payment.

13.    The Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. § 3001, et seq., provides the procedures for collecting a debt.

14.    "Debt" includes an amount owing to the United States on account of a fine. 28 U.S.C. § 3002(3)(b).

15.    The FDCPA provides that the Federal Rules of Civil Procedure shall apply. 28 U.S.C. § 3003(f).

16.    Therefore, the United States files this Complaint pursuant to the Federal Rules seeking a judgment against Defendant for the fine imposed pursuant to 19 U.S.C. § 1497.

### E.     Prayer for Relief

The Plaintiff respectfully requests Judgment against the Defendant in the amount of $115,875.00, plus costs and such further relief as the court deems just and reasonable.

DATED:  January 22, 2020

>                           MICHAEL BAILEY
>                           United States Attorney
>                           District of Arizona
>
>                           *s/ Lori L. Price*
>                           LORI L. PRICE
>                           Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** United States of America | **Defendant(s):** Miguel Angel Contreras |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Pima | |

Plaintiff's Atty(s):

Lori L. Price, Assistant U.S. Attorney
405 W. Congress St., Suite 4900
Tucson, Arizona  857015041
5206207300

Defendant's Atty(s):

II. Basis of Jurisdiction:    **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**
         Plaintiff:- N/A
         Defendant:- N/A

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **890 Other Statutory Actions**

VI. Cause of Action:    **28 U.S.C. Section 3001, et seq. collection of debt owed to federal government**

VII. Requested in Complaint
         Class Action: **No**
         Dollar Demand: **115000**
         Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:**   <u>Lori L. Price</u>

   **Date:**   <u>01/06/2020</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**

Customs and Border Protection
Attn: Fines, Penalties & Forfeitures
9 North Grand Avenue
Nogales, Arizona 85621

CERTIFICATE OF INDEBTEDNESS
AMENDED

Debtor(s) Name(s) and Address(es): Miguel A. Contreras
705 E. Tyson Street
Chandler, AZ  85621

Total debt due United States as of **March 21, 2016**:        $115,875.00

I certify that Customs and Border Protection (CBP) records show that the debtor named above is indebted to the United States for $115,875.00. The claim arose in connection with penalty case number 2015-2604-300019-01 issued by CBP for attempting to smuggle undeclared controlled substances through the DeConcini Port of Entry, Nogales, Arizona.

On November 15, 2015 (an amended notice), a penalty was issued against Miguel A. Contreras (SSN# ▮▮▮▮▮▮▮▮▮) because he attempted to smuggle undeclared controlled substances into the United States through the DeConcini Port of Entry, Nogales, Arizona. A penalty was assessed pursuant to title 19, United States Code, section 1497. To date, the balance of the penalty remains at $115,875.00.

CERTIFICATION: Pursuant to 28 USC § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____        January 6, 2020
Rachel Yubeta                                              (Date)
Fines, Penalties & Forfeitures Officer